# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| Monte L. Shular, On Behalf of Himself and All Others Similarly Situated, | |
| Plaintiff, | Civil Action No. 4:14-cv-3053 |
| v. | |
| LVNV Funding LLC and | CLASS ACTION |
| Michael J. Scott, PC, | |
| Defendants. | |

### Motion for Class Certification

**ABRAHAM, WATKINS, NICHOLS,
SORRELS, AGOSTO & FRIEND**
800 Commerce Street
Houston, Texas 77002
Telephone: 713.222.7211
Fax: 713.225.0827

*Counsel for Plaintiff*

Plaintiff and Proposed Class Representative Monte L. Shular, On Behalf of Himself and All Others Similarly Situated, by its counsel, Abraham, Watkins, Nichols, Sorrels, Agosto & Friend ("Counsel") hereby move this Court for an Order under Federal Rule of Civil Procedure 23:

- Certifying the following proposed Classes:

  o All individuals subject to debt collection by LVNV Funding, LLC between November 8, 2012, and June 1, 2015, in connection with debt originally owned and purportedly purchased from Conn Appliances, Inc. ("Class Period") and transferred as a part of the November 8, 2012 assignment and sale by and among Conn Appliances, Inc., Sherman Originator III, LLC, Sherman Originator, LLC and LVNV Funding, LLC.;

- appointing Plaintiff as Class Representative;

- appointing Plaintiff's counsel as Class Counsel; and

- granting such other and further relief as the Court may deem just and proper.

In support of this Motion, Plaintiff submits herewith a Memorandum of Law.

Dated: September 10, 2015

**ABRAHAM, WATKINS, NICHOLS,**
SORRELS, AGOSTO & FRIEND

*/s/ Sammy Ford IV*

Sammy Ford IV
State Bar No. 24061331
Federal Bar No. 868540
800 Commerce Street
Houston, Texas 77002
713.222.7211 Phone
713.225.0827 Fax

**Counsel for Plaintiff**

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument has been served by electronic CM/ECF filing on this the 10th  day of September, 2015.

*/s/ Sammy Ford IV*

Sammy Ford IV